Julian Blanco **RODRIGUEZ**, Appellant,

v.

**The STATE of Texas, Appellee.**

**No. 42559.**

Court of Criminal Appeals of Texas.

Feb. 4, 1970.

Melvin A. Krenek, San Antonio, by appointment, for appellant.

James E. Barlow, Dist. Atty., and Charles D. Butts and Sparta Bitsis, Asst. Dist. Attys., San Antonio, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

BELCHER, Judge.

The conviction is for possession of narcotics paraphernalia, the punishment, six years.

This is the companion case to Rodriguez v. State, 449 S.W.2d 470, this day decided. In both cases identical issues and contentions are raised, and the records on appeal are substantially the same.

The facts and circumstances surrounding the appellant's plea of guilty reveal no error.

The judgment is affirmed.